No. 83–147. ILLINOIS *v.* RAINGE. App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this motion and this petition. ■

No. 82–7003. STANLEY *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. C. A. 11th Cir. Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 83–1072. SOLEM, WARDEN, ET AL. *v.* LUFKINS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 83–1389. TEXAS *v.* BENSON. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–1138. PEED ET AL. *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioners to strike brief of the United States denied. Certiorari denied.

No. 83–1229. LONGSTAFF *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari. ■

No. 83–1345. UNION CARBIDE CORP. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ■

No. 83–1656. PEMBAUR *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.